# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **YASBEL CISNEROS**    JOINT DEBTOR: _____    CASE NO.: 14-14946-AJC
Last Four Digits of SS# XXX-XX-9583  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ __150.00__ for months __1__ to __36__;
   B.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __4,425.00 (Motion to Value)__   TOTAL PAID $1,800.00
                Balance Due  $ __2,625.00__  payable $ __105.00__/month (Months __1__ to __25__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____    Arrearage on Petition Date   $_____
Address: _____        Arrears Payment  $_____/month (Months _____ to _____)
                                 Regular Payment  $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing LLC 12650 Ingenuity Dr. Orlando, FL 32826  Account No. 70957571876 | 230 West 68th Street, #202 Hialeah, FL 33012 Value $94,000 | 0.0 % | $0.00 | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____ Total Due  $_____
                    Payable $_____/month (Months____ to ___) Regular Payment $____

Unsecured Creditors: Pay $ __30.00__/month (Months __1__ to __25__), $ __135.00__/month (Months __26__ to __36__). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay her mortgage to Carrington Mortgage Services (Account No.XXX-0228) for property located at:230 West 68th Street, #202, Hialeah, FL 33012. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross

LF-31 (rev. 06/02/08)

household income increases by more than 3% over the previous year's income.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| /s/ *Yasbel Cisneros* | |
| Debtor | Joint Debtor |
| Date: 4/3/2014 | Date: |

LF-31 (rev. 06/02/08)