UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: Yasbel Cisneros

Case No: 14-14946-AJC
Chapter 13

Debtor /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing were sent to all interested parties on September 10, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Yasbel Cisneros
230 W 68th Street #202
Hialeah, FL 33014

Ocwen Loan Servicing, LLC
12650 Ingenuity Drive
Orlando, FL 32826

Ocwen Loan Servicing, LLC
c/o Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Via Certified Mail:

Ocwen Loan Servicing, LLC
c/o William Erbey, Mgr.
2002 Summit Boulevard, 6th Floor
Atlanta, GA 32301

Ocwen Loan Servicing, LLC
c/o Ronald M. Faris, CEO
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By: *_/s/ Robert Sanchez_* ______________
Robert Sanchez, Esq., FBN#0442161

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: Yasbel Cisneros

Case No: 14-14946-AJC
Chapter 13

Debtor /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing were sent to all interested parties on September 10, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Yasbel Cisneros
230 W 68th Street #202
Hialeah, FL 33014

Ocwen Loan Servicing, LLC
12650 Ingenuity Drive
Orlando, FL 32826

Ocwen Loan Servicing, LLC
c/o Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Via Certified Mail:

Ocwen Loan Servicing, LLC
c/o William Erbey, Mgr.
2002 Summit Boulevard, 6th Floor
Atlanta, GA 32301

Ocwen Loan Servicing, LLC
c/o Ronald M. Faris, CEO
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*______________
Robert Sanchez, Esq., FBN#0442161